IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KARL BERNARD CARTER                                                                    PLAINTIFF

v.                                        Civil No. 12-CV-1053

DOUG WOODS; JAMES BOLTON;
JUSTIN STARNES; and SHERIFF
DAVID NORWOOD                                                                        DEFENDANTS

**ORDER**

  Before the Court is the Report and Recommendation filed March 20, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 42. Judge Bryant recommends that Plaintiff's Complaint be dismissed on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's orders. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 11th day of June, 2015.

                    /s/ Susan O. Hickey
                    Susan O. Hickey
                    United States District Judge